**Nettie Room, plaintiff in error, v. The Salvation Army et al., defendants in error. Gen. No. 27,547.**

Suit against Salvation Army for slander. Directed verdict for defendants. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed October 17, 1923. Rehearing denied November 2, 1923.

Charles E. Selleck, for plaintiff in error. Moses, Rosenthal & Kennedy, for defendants in error; Walter Bachrach and I. E. Ferguson, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Max Rattner, appellee, v. International Harvester Company of America, appellant. Gen. No. 27,894.**

Personal injury suit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. S. W. Baldwin, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

David A. Orebaugh, for appellant; William D. McHugh, of counsel. C. Helmer Johnson and Daniel L. Madden, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Hannah Levander, plaintiff in error, v. Chicago Railways Company and Chicago City Railway Company, defendants in error. Gen. No. 27,922.**

Personal injury suit. Verdict for defendants. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

Earl J. Walker, for plaintiff in error. Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for defendants in error; John R. Guilliams and Warner H. Robinson, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**George T. Steen and Horatio H. Harwood, copartners, trading as Steen & Harwood, appellees, v. Joseph Cummins, appellant. Gen. No. 28,012.**

Action for brokers' commission. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Ulys Pyle, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed. Opinion filed October 17, 1923.

John E. Foster, for appellant. Joseph G. Sheldon, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.